UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>　　　Plaintiff<br>v.<br><br>Shawn W. Larrison, et al.,<br><br>　　　Defendants | 2:15-cv-01566-JAD-NJK<br><br>**Order Regarding Security for Costs**<br><br>[ECF 15, 16] |

　　　Defendants Shawn W. Larrison and Boonies, LLC made an NRS 18.130 demand for costs on the plaintiff on January 12, 2016.[1]  Thirty days passed since that demand without any costs posted, so I issued an order to show cause why this action should not be dismissed because the plaintiff failed to post the requested cost bond.  Plaintiff responded that counsel had miscalendared the deadline and requests an order from this court permitting it to belatedly post the bond.[2]

　　　Accordingly, and with good cause appearing, I find that the Order to Show Cause [ECF 18] has been satisfied, and the parties' obligations under that order are discharged.[3]  IT IS HEREBY ORDERED that the Motions Demanding Security of Costs **[ECF 15, 16] are GRANTED**; **plaintiff has until April 29, 2016, to present to the Clerk of Court $500.00 for each of the demands[4] filed (for a total of $1,000.00) in lawful money as security in compliance with NRS 18.130(1).**

. . .

---

[1] ECF No. 16.  NRS 18.130(1) allows a defendant to require an out-of-state plaintiff to post security for "the costs and charges" that "may be awarded against" it.

[2] ECF No. 19.

[3] ECF No. 18.

[4] ECF No. 15, 16.

IT IS FURTHER ORDERED that **the CLERK OF COURT is directed to accept the deposit of $1,000.00 from plaintiff under NRS 18.130** as security for costs and charges that may be awarded against this plaintiff.

Dated April 22, 2016

_____
Jennifer A. Dorsey
United States District Judge

2