UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SHAWN W. LARRISON, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-01566-JAD-NJK <br><br> ORDER |

Defendants have not filed an answer in this case and no filing has been made for eight months. The parties are hereby ORDERED to file a joint status report by January 10, 2017.

IT IS SO ORDERED.

Dated: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge