UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>    Plaintiff<br><br>v.<br><br>Shawn W. Larrison, et al.,<br><br>    Defendant | 2:15-cv-01566-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing and Closing Case**<br><br>[ECF No. 24] |

On January 18, 2017, Magistrate Judge Nancy Koppe ordered the parties to show cause why this case should not be dismissed for failure to prosecute. That deadline expired with no response from the parties. Magistrate Judge Koppe now recommends dismissal. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Objections to the magistrate judge's report and recommendation were due by February 14, 2017, and no objections have been filed.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 24] is ADOPTED**. This case is DISMISSED without prejudice.

The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 17th day of February, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).