# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br>Plaintiff<br><br>v.<br><br>Shawn W. Larrison; Boonies, LLC d/b/a The Boonies Restaurant and Saloon a/k/a Boonies,<br><br>Defendants | Case No.: 2:15-cv-01566-JAD-NJK<br><br>**Order to Disburse Bond** |

Attorney Bradley M. Ballard, on behalf of his client plaintiff J & J Sports Productions, Inc., tendered $1,000 to the Clerk of Court for deposit into the court's Registry Account as security for costs required under NRS 18.130 and my order at ECF No. 20.[1]  Once a bond is posted under NRS 18.130(1), it "must remain for the defendant's benefit until the action is dismissed or judgment is entered."[2]  This action was eventually dismissed without prejudice due to plaintiff's failure to prosecute, and no costs or charges were awarded against the plaintiff.[3]

IT IS THEREFORE ORDERED that the Clerk of Court is directed to disburse the full bond amount and interest payable to "Bradley M. Ballard" and sent to his address at 6440 Sky Point Drive, Suite 140–432, Las Vegas, Nevada 89131.

_____
U.S. District Judge Jennifer A. Dorsey
February 2, 2021

---

[1] ECF No. 21.

[2] *State ex rel. Hersh v. First Judicial Dist. Court*, 464 P.2d 783, 785 (Nev. 1970).

[3] ECF No. 25 (order adopting R&R to dismiss).